UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------
                                          :
HAROLD L. RODARMER,                       :        CASE NO. 1:17-cv-474
                                          :
        Plaintiff,                        :
                                          :
vs.                                       :        OPINION AND ORDER
                                          :        [Resolving Doc. 1]
COMMISSIONER OF SOCIAL                    :
SECURITY,                                 :
                                          :
        Defendant.                        :
                                          :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On March 7, 2017, Plaintiff Harold L. Rodarmer filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's decision to deny his applications for a period of disability and Disability Insurance Benefits.[1] The Court referred the matter to Magistrate Judge Jonathan D. Greenberg.

On December 18, 2017, Magistrate Judge Greenberg issued a Report and Recommendation ("R&R") recommending that this Court affirm the Commissioner's final decision.[2] Objections to that R&R were due by January 1, 2018. Plaintiff Rodarmer filed no objections.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[3] Failure to timely object waives a party's right to appeal the Magistrate Judge's R&R.[4] Where a party does not object to the R&R, a district court may adopt it without review.[5]

---

[1] Doc. 1.
[2] Doc. 14.
[3] 28 U.S.C. § 636(b)(1)(C).
[4] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[5] *See Thomas*, 474 U.S. at 149–50.

Accordingly, in light of Plaintiff Rodarmer's decision not to object to the R&R in this case,

the Court **ADOPTS** Magistrate Judge Greenberg's R&R, incorporates it as if fully restated herein,

and **AFFIRMS** the Commissioner's final decision.


IT IS SO ORDERED.


Dated:  January 3, 2018                              *s/          James S. Gwin*
                                                     JAMES S. GWIN
                                                     UNITED STATES DISTRICT JUDGE